■ The People of the State of New York, Respondent, v Terry Williams, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered December 11, 1990, convicting him of attempted robbery in the first degree under Indictment No. 3567/90, and a judgment of the same court (Hall, J.), also rendered December 11, 1990, convicting him of criminal possession of a controlled substance in the fifth degree under Indictment No. 4945/90, upon his pleas of guilty, and imposing sentences.

Ordered that the appeal under Indictment No. 3567/90 is dismissed *(see, People v Seaberg,* 74 NY2d 1); and it is further,

Ordered that the judgment rendered under Indictment No. 4945/90 is affirmed.

We have reviewed the record under Indictment No. 4945/90 and agree with the defendant's assigned counsel that there

are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel on that appeal is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.